# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 31, 2014

147878

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

PERCY LEWIS,
   Plaintiff-Appellee,

v

CITY OF FERNDALE,
   Defendant-Appellant.

SC: 147878
COA: 311528
Oakland CC: 11-122989-NO

_____/

   On order of the Court, the application for leave to appeal the September 10, 2013 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



   I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 31, 2014



h0127

              Clerk